922

No. 91–7718.  CHADWICK v. IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 91–7719.  ADKINS v. RATELLE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 91–7724.  REDDICK v. McMACKIN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 91–7725.  LEWIS v. BEELER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–7726.  GAMBRILL v. TALLY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 91–7728.  WILSON v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 91–7729.  PHILLIPS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 91–7730.  MATTHEWS v. RAKIEY, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 91–7731.  NEBOLSKY v. ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 91–7732.  LEDBETTER v. CAPITOL REPORTERS ET AL.; LEDBETTER v. TONEY ET AL.; and LEDBETTER v. GRAHAM.  C. A. 9th Cir.  Certiorari denied.

No. 91–7734.  WILSON v. LEE, SUPERINTENDENT, CALEDONIA CORRECTIONAL INSTITUTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–7735.  SHORE v. WARDEN, STATEVILLE PRISON.  C. A. 7th Cir.  Certiorari denied.

No. 91–7736.  WARDLAW v. CITY OF DETROIT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–7738.  WALTON v. AMERICAN STEEL CONTAINER ET AL. C. A. 7th Cir.  Certiorari denied.